# SCHEDULE A

## <u>SCHEDULE A</u>

<u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115- 141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE

# B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tracts: RGV-RGC-1048, RGV-RGC-1048-1, RGV-RGC-1048-2
Owner: Valley Land Fund, Inc.
Total Acres:  0.723

Tract: RGV-RGC-1048

**Being** a 0.324-acre tract (14,118 sq ft) parcel of land, more or less, being out of a calculated as 0.324 acres in Porcion No. 61, in Starr County, Texas conveyed to Valley Land Fund, Inc., tract, Volume 802, Page 695. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker S143, having the following NAD83 (2011) Grid Coordinates N=16714178.62, E=784782.59; Thence S57°19'43"W a distance of 1613.29 feet to a found ½" iron rod in the center of River Road, for the **Point of Commencement,** having the following coordinates: N=16713307.73, E=783424.56.

**Thence:** S42°36'28"W departing said road, a distance of 523.37 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1048-1=1048-1-1=1048-2-1, on the North line of the Valley Land Fund, Inc. tract, Volume 797, Page 780 and at the Southeast corner of the Valley Land Fund, Inc. tract, Volume 799, Page 68 and the Southwest corner of the Valley Land Fund, Inc. tract, Volume 802, Page 695, for the **Point of Beginning,** having the following coordinates: N=16712922.53, E=783070.25.

**Thence:** N29°46'37"W along the West line of the Valley Land Fund, Inc. tract, Volume 802, Page 695 and the East line of the Valley Land Fund, Inc. tract, Volume 799, Page 68, crossing an existing chain link fence at 149.28 feet, a distance of 165.88 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1046-3A=1048-2=1048-1-4 for angle, said point being on the South Right-of-Way of River Road and at the Northwest corner of the Valley Land Fund, Inc. tract, Volume 802, Page 695 and at the Northeast corner of the Valley Land Fund, Inc. tract, Volume 799, Page 68;

**Thence:** N61°17'15"E along said Right-of-Way, along the North line of the Valley Land Fund, Inc. tract, Volume 802, Page 695, to an existing chain link fence corner, a distance of 69.49 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1046-3=1047-3=1048-3 for angle, said point being the Northeast corner of the Valley Land Fund, Inc. tract, Volume 802, Page 695 and the Northwest corner of the Falcon Rural Water Supply Corporation tract, Volume 378, Page 323;

**SCHEDULE C (Cont.)**

**Thence:** S42°35'20"E departing said Right-of-Way, departing said property line, departing said fence corner, a distance of 160.29 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1047-2A=1048-4=1048-2-2 for angle, said point being the Southeast corner of the Valley Land Fund, Inc. tract, Volume 802, Page 695 and the Northeast corner of the  Valley Land Fund, Inc. tract, Volume 797, Page 780 and on the West line of the Falcon Rural Water Supply Corporation tract, Volume 378, Page 323;

**Thence:** S55°42'27"W along the South line of the Valley Land Fund, Inc. tract, Volume 802, Page 695 and the North line of the Valley Land Fund, Inc. tract, Volume 797, Page 780, crossing a chain link fence line at 35.79 feet, a distance of 105.35 feet returning to the **Place of Beginning.**

Tract: RGV-RGC-1048-1

**Being** a 0.079-acre tract (3,423 sq ft) parcel of land, more or less, being out of a calculated 0.330 acres in Porcion No. 61, in Starr County, Texas conveyed to Valley Land Fund, Inc., tract, Volume 799, Page 68. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker S143, having the following NAD83 (2011) Grid Coordinates N=16714178.62, E=784782.59; Thence S57°19'43"W a distance of 1613.29 feet to a found ½" iron rod in the center of River Road, for the **Point of Commencement,** having the following coordinates: N=16713307.73, E=783424.56.

**Thence:** S42°36'28"W departing said road, a distance of 523.37 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1048-1=1048-1-1=1048-2-1, on the North line of the Valley Land Fund, Inc. tract, Volume 797, Page 780 and at the Southeast corner of the Valley Land Fund, Inc. tract, Volume 799, Page 68 and the Southwest corner of the Valley Land Fund, Inc. tract, Volume 802, Page 695, for the **Point of Beginning,** having the following coordinates: N=16712922.53, E=783070.25.

**Thence:** S63°45'19"W along the South line of the Valley Land Fund, Inc. tract, Volume 799, Page 68 and the North line of the Valley Land Fund, Inc. tract, Volume 797, Page 780, crossing a chain link fence at 2.78 feet, a distance of 10.49 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1048-1-2=1048-2-5 for angle, said point being on the Western boundary of the parcel herein described;

**Thence:** N36°47'37"W departing said property line, along said Western boundary, crossing a chain link fence at 149.77 feet, a distance of 167.06 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1046-4=1048-1-3 for angle, said point being on the North line of the Valley Land Fund, Inc. tract, Volume 799, Page 68 and on the South line of River Road Right-of-Way;

## SCHEDULE C (Cont.)

**Thence:** N61°17'15"E along said property line, along said Right-of-Way, departing said Western boundary, a distance of 30.88 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1046-3A=1048-2=1048-1-4 for angle, said point being the Northeast corner of the Valley Land Fund, Inc. tract, Volume 799, Page 68 and the Northwest corner of the Valley Land Fund, Inc. tract, Volume 802, Page 695;

**Thence:** S29°46'37"E departing said Right-of-Way, along the West line of the Valley Land Fund, Inc. tract, Volume 802, Page 695 and the East line of the Valley Land Fund, Inc. tract, Volume 799, Page 68, a distance of 165.88 feet returning to the **Place of Beginning.**

Tract: RGV-RGC-1048-2

**Being** a 0.320-acre tract (13,918 sq ft) parcel of land, more or less, being out of a calculated 0.658 acres in Porcion No. 61, in Starr County, Texas conveyed to Valley Land Fund, Inc., tract, Volume 797, Page 780. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker S143, having the following NAD83 (2011) Grid Coordinates N=16714178.62, E=784782.59; Thence S57°19'43"W a distance of 1613.29 feet to a found ½" iron rod in the center of River Road, for the **Point of Commencement,** having the following coordinates: N=16713307.73, E=783424.56.

**Thence:** S42°36'28"W departing said road, a distance of 523.37 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1048-1=1048-1-1=1048-2-1, on the North line of the Valley Land Fund, Inc. tract, Volume 797, Page 780 and at the Southeast corner of the Valley Land Fund, Inc. tract, Volume 799, Page 68 and the Southwest corner of the Valley Land Fund, Inc. tract, Volume 802, Page 695, for the **Point of Beginning,** having the following coordinates: N=16712922.53, E=783070.25.

**Thence:** N55°42'27"E along the South line of the Valley Land Fund, Inc. tract, Volume 802, Page 695 and the North line of the Valley Land Fund, Inc. tract, Volume 797, Page 780, crossing a chain link fence at 69.42 feet, a distance of 105.35 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1047-2A=1048-4=1048-2-2 for angle, said point being the Northeast corner of the Valley Land Fund, Inc. tract, Volume 797, Page 780 and the Southeast corner of the Valley Land Fund, Inc. tract, Volume 802, Page 695 and on the West line of the Falcon Rural Water Supply Corporation tract, Volume 378, Page 323;

## SCHEDULE C (Cont.)

**Thence:** S42°35'20"E along the West line of the Falcon Rural Water Supply Corporation tract, Volume 378, Page 323 and the East line of the Valley Land Fund, Inc. tract, Volume 797, Page 780, to an existing chain link fence corner, a distance of 99.18 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1047-2=1048-2-3=1049-6 for angle, said point being the Southeast corner of the Valley Land Fund, Inc. tract, Volume 797, Page 780 and the Southwest corner of the Falcon Rural Water Supply Corporation tract, Volume 378, Page 323 and on the North line of the Hector H. Hinojosa, Maria Helena Hinojosa-Garza, Eulalia Elma Hinojosa-Naranjo tract, Volume 744, Page 650;

**Thence:** S40°53'15"W along the South line of the Valley Land Fund, Inc. tract, Volume 797, Page 780 and the North line of the Hector H. Hinojosa, Maria Helena Hinojosa-Garza, Eulalia Elma Hinojosa-Naranjo tract, Volume 744, Page 650, along said fence, a distance of 128.54 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1048-2-4=1049-5 for angle, said point being on the Western boundary of the parcel herein described;

**Thence:** N36°47'37"W departing said property line, departing said fence, along said Western boundary, crossing the center of an existing 8 foot wide dirt road at 61 feet, a distance of 132.61 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-1048-1-2=1048-2-5 for angle, said point being on the North line of the Valley Land Fund, Inc. tract, Volume 797, Page 780 and on the South line of the Valley Land Fund, Inc. tract, Volume 799, Page 68;

**Thence:** N63°45'19"E along said property line, departing said Western boundary, crossing an existing chain link fence at 7.71 feet, a distance of 10.49 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



LEGEND:

| Symbol | Description |
|---|---|
| ○ | FOUND MONUMENT (AS NOTED) |
| ◆ | SET MONUMENT |
| ◆ | CONTROL POINT |
| | ACQUISITION BOUNDARY |
| | PROPOSED ACQUISITION BOUNDARY |
| | EASEMENT LINE |
| | PROPERTY LINE |
| | PORTION LINE |
| | EXISTING WALL |
| | LEVEE TOP BANK |
| | LEVEE TOE |
| | EDGE OF ROAD (TYPE NOTED) |
| | GUARD RAIL |
| | SAVE AND EXCEPT AREA |
| | EDGE OF SIDEWALK |
| | BUILDING OUTLINE (SEE LABEL) |
| | FENCE (TYPE NOTED) |
| | EDGE OF STRUCTURE (SEE LABEL) |
| | BRIDGE OUTLINE |
| | OVERHEAD ELECTRICAL LINE |
| | UNDERGROUND ELECTRICAL LINE |
| | LIGHT POLE |
| | UTILITY POLE |
| | GUY END |
| | GUY POLE |
| | JUNCTION BOX |
| | ELECTRICAL MANHOLE |
| | ELECTRICAL METER |
| | ELECTRICAL PULL BOX |
| | TRANSMISSION TOWER |
| | SUBSTATION |
| | ELECTRICAL TRANSFORMER |
| | COMMUNICATION/TELEPHONE MANHOLE |

| Symbol | Description |
|---|---|
| | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL |
| | OVERHEAD COMMUNICATIONS/TELEPHONE LINE |
| | UNDERGROUND COMMUNICATION/TELEPHONE LINE |
| | UNDERGROUND FIBER OPTIC LINE |
| | CATCH BASIN |
| | STORM GRATE |
| | STORM SEWER VALVE |
| | STORM MANHOLE |
| | STORM SEWER |
| | CULVERT |
| | HEADWALL AND WINGWALL |
| | TOP OF DITCH |
| | BOTTOM OF DITCH |
| | EDGE OF WATER |
| | WATER PUMP |
| | MONITORING WELL |
| | WATER VALVE |
| | WATER METER |
| | HYDRANT |
| | WATER EXTINGUISHER/FAUCET/SPICKET |
| | WATER MANHOLE |
| | WATER LINE |
| | LIFT STATION |
| | PUMP STATION |
| | SEWER CLEAN OUT |
| | SEWER MANHOLE |
| | SEWER WATER PUMP |
| | SANITARY SEWER VAULT |
| | SANITARY SEWER LINE |
| | GAS TANK |
| | GAS VALVE |
| | GAS METER |
| | GAS LINE MARKER |
| | GAS VAULT |

| Symbol | Description |
|---|---|
| | GAS LINE |
| | EDGE OF RIPRAP |
| | EDGE OF VEGETATION (TYPE NOTED) |
| | MISCELLANEOUS SYMBOL (SEE LABEL) |
| S.C.C.H. | (FOUND) STARR COUNTY COURTHOUSE |
| S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| W/ | WITH |
| UNK. | UNKNOWN |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| CULV. | CULVERT |
| POC | POINT OF COMMENCEMENT |
| POB | POINT OF BEGINNING |
| PG. | PAGE |
| VOL. | VOLUME |
| MON | MONUMENT |
| F.I.P. | FOUND IRON PIPE |
| F.I.R. | FOUND IRON ROD |
| CPS | COTTON PICKER SPINDLE |
| DIS | DISTURBED |
| 1STFR | 1 STORY FRAME HOUSE |
| 2STFR | 2 STORY FRAME HOUSE |
| 1STBR | 1 STORY BRICK HOUSE |
| 2STBR | 2 STORY BRICK HOUSE |
| 1STCB | 1 STORY COMMERCIAL BUILDING |
| 2STCB | 2 STORY COMMERCIAL BUILDING |
| 1STSB | 1 STORY STORE BUILDING |
| 2STSB | 2 STORY STORE BUILDING |
| SHDWF | SHED WOOD FRAME |
| SHDBR | SHED BRICK |
| CLF | CHAIN LINK FENCE |
| WF | WOODEN FENCE |
| SBF | STONE OR BRICK FENCE |
| BWF | BARBED WIRE FENCE |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999023869 (E.G. GRID X 0.9999023869 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 199830349).
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 199830833).
9. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 592014525).
10. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 592014938).

### PARCEL TABLE

| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
|---|---|---|---|---|---|
| P1 | RGV-RGC-1048-1=1048-1-1=1048-2-1 | 16712922.53 | 783070.25 | | |
| L1 | | | | 165.88' | N29°46'37"W |
| P2 | RGV-RGC-1046-3A=1048-2=1048-1-4 | 16713066.51 | 782987.86 | | |
| L2 | | | | 69.49' | N61°17'15"E |
| P3 | RGV-RGC-1046-3=1047-3=1048-3 | 16713099.90 | 783048.81 | | |
| L3 | | | | 160.29' | S42°35'20"E |
| P4 | RGV-RGC-1047-2A=1048-4=1048-2-2 | 16712981.89 | 783157.29 | | |
| L4 | | | | 105.53' | S55°42'27"W |

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: JP 12/19 | MARK | DESCRIPTION | DATE | APPR | | |
|---|---|---|---|---|---|---|---|---|
| 5 OF 5 | VALLEY LAND FUND, INC. | CHECKED BY: WRO 12/19 | | | | |  EMC, Inc. SPECIALISTS IN SURVEYING & MAPPING |  US Army Corps of Engineers |
| | TRACT NO. RGV-RGC-1048 | PLOT DATE 12/19 | | | | | | |
| | STARR COUNTY          TEXAS | SHEET SIZE 11X17 ARCH B | BORDER WALL TASK ORDER: 003 CONTRACT NO.: W9128F-15-D-0012 | | | | | |

EMC, INC. PROJECT NO: 19035

## SCHEDULE D (Cont.)



MARIA BARTOLO PENA SURVEY  ABSTRACT NO. 283 , PORCION 61, STARR COUNTY, TEXAS

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THIS PLAT CORRECTLY REPRESENTS THE FACTS AS FOUND AT THE TIME OF THE SURVEY.
SURVEY DATE, FEBRUARY 2019.

WILLIAM BRADLEY GRAY
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 6478

SCALE IN FEET
0   62.5  125      250              500

### LEGEND:

| | |
|---|---|
| | FOUND MONUMENT (AS NOTED) |
| | CONTROL POINT |
| | ACQUISITION BOUNDARY |
| | PROPOSED ACQUISITION BOUNDARY |
| | PROPERTY LINE |
| | PORCION LINE |
| S.C.C.H | (FOUND) STARR COUNTY COURTHOUSE |
| S.C.C.M | (FOUND) STARR COUNTY CAD MAP |
| W | WITH |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| POC | POINT OF COMMENCEMENT |
| POB | POINT OF BEGINNING |
| PG. | PAGE |
| VOL. | VOLUME |
| FIP | FOUND IRON PIPE |
| FIR | FOUND IRON ROD |
| CPS | COTTON PICKER SPINDLE |
| MON | MONUMENT |
| DIS | DISTURBED |

RGV-RGC-1048-1
0.079 AC.
3,423 SQ. FT.

### AREA TABLE

| AREA | | ACRES |
|---|---|---|
| TAKING TRACT | + | ±0.079 |
| REMAINING PARENT TRACT NORTH OF TAKING TRACT | + | ±0.000 |
| REMAINING PARENT TRACT SOUTH OF TAKING TRACT | + | ±0.251 |
| PARENT TRACT | = | ±0.330 |
| I.B.W.C. EASEMENT INSIDE TAKING TRACT | + | ±0.000 |

| SHEET NO. | METES & BOUNDS SURVEY | | | | | | |
|---|---|---|---|---|---|---|---|
| 3 OF 5 | VALLEY LAND FUND, INC. | | | | | | |
| | TRACT NO. RGV-RGC-1048-1 | | | | | | |
| | STARR COUNTY                    TEXAS | | | | | | |

DRAWN BY: JP   12/19
CHECKED BY: WBG   12/19
SURVEY DATE: 11/19
PLOT DATE: 1/20
SHEET SIZE: ANSI-A

MARK | DESCRIPTION | DATE | APPM

BORDER WALL TASK ORDER: 003
CONTRACT NO.: W9126F-15-D-0012

EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING
Web Address: http://www.emcsurvey.com
2472 BUNGEE DR. ♦ ORANGE, MS 39657 ♦ PH. (601) 206-6169 ♦ FAX (662) 236-0170
CENTURY POINT, LA ♦ PLANO SENIGA, FL ♦ HOUSTON, TX

US Army Corps of Engineers

EMC, INC. PROJECT NO.: 19635

# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**LEGEND:**

| Symbol | Description | Symbol | Description | Symbol | Description |
|---|---|---|---|---|---|
| ○ | FOUND MONUMENT (AS NOTED) | | COMMUNICATION/TELEPHONE JUNCTION BOX/PEDESTAL | | GAS LINE |
| ◆ | SET MONUMENT | | OVERHEAD COMMUNICATIONS/TELEPHONE LINE | | EDGE OF RIPRAP |
| △ | CONTROL POINT | | UNDERGROUND COMMUNICATIONS/TELEPHONE LINE | | EDGE OF VEGETATION (TYPE NOTED) |
| | ACQUISITION BOUNDARY | | UNDERGROUND FIBER OPTIC LINE | | MISCELLANEOUS SYMBOL (SEE LABEL) |
| | PROPOSED ACQUISITION BOUNDARY | | CATCH BASIN | S.C.C.H. | STARR COUNTY COURTHOUSE |
| | EASEMENT LINE | | STORM GRATE | S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| | PROPERTY LINE | | STORM SEWER VALVE | W/ | WITH |
| | PORTION LINE | | STORM MANHOLE | UNK. | UNKNOWN |
| | EXISTING WALL | | STORM SEWER | ALUM. | ALUMINUM |
| | LEVEE TOP BANK | | CULVERT | CONC. | CONCRETE |
| | LEVEE TOE | | HEADWALL AND WINGWALL | CULV. | CULVERT |
| | EDGE OF ROAD (TYPE NOTED) | | TOP OF DITCH | POC | POINT OF COMMENCEMENT |
| | GUARD RAIL | | BOTTOM OF DITCH | POB | POINT OF BEGINNING |
| | SAVE AND EXCEPT AREA | | EDGE OF WATER | PG. | PAGE |
| | EDGE OF SIDEWALK | | WATER PUMP | VOL. | VOLUME |
| | BUILDING OUTLINE (SEE LABEL) | | MONITORING WELL | MON | MONUMENT |
| | FENCE (TYPE NOTED) | | WATER VALVE | FIP | FOUND IRON PIPE |
| | EDGE OF STRUCTURE (SEE LABEL) | | WATER METER | FIR | FOUND IRON ROD |
| | BRIDGE OUTLINE | | HYDRANT | CPS | COTTON PICKER SPINDLE |
| | OVERHEAD ELECTRICAL LINE | | WATER EXTINGUISHER/FAUCET/SPICKET | DIS | DISTURBED |
| | UNDERGROUND ELECTRICAL LINE | | WATER MANHOLE | 1STFR | 1 STORY FRAME HOUSE |
| | LIGHT POLE | | WATER LINE | 2STFR | 2 STORY FRAME HOUSE |
| | UTILITY POLE | | LIFT STATION | 1STBR | 1 STORY BRICK HOUSE |
| | GUY END | | PUMP STATION | 2STBR | 2 STORY BRICK HOUSE |
| | GUY POLE | | SEWER CLEAN OUT | 1STCB | 1 STORY COMMERCIAL BUILDING |
| | JUNCTION BOX | | SEWER MANHOLE | 2STCB | 2 STORY COMMERCIAL BUILDING |
| | ELECTRICAL MANHOLE | | SEWER WATER PUMP | 1STSB | 1 STORY STORE BUILDING |
| | ELECTRICAL METER | | SANITARY SEWER VAULT | 2STSB | 2 STORY STORE BUILDING |
| | ELECTRICAL PULL BOX | | SANITARY SEWER LINE | SHDWF | SHED WOOD FRAME |
| | TRANSMISSION TOWER | | GAS TANK | SHDBR | SHED BRICK |
| | SUBSTATION | | GAS VALVE | CLF | CHAIN LINK FENCE |
| | ELECTRICAL TRANSFORMER | | GAS METER | WF | WOODEN FENCE |
| | COMMUNICATIONS/TELEPHONE MANHOLE | | GAS LINE MARKER | SBF | STONE OR BRICK FENCE |
| | | | GAS VAULT | BWF | BARBED WIRE FENCE |

GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999228869 (E.G. GRID X 0.9999228869 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 1969630349).
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 1969630832).
9. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 592014525).
10. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 17, 2019 (TICKET NO. 592014908).

| PARCEL TABLE | | | | | |
|---|---|---|---|---|---|
| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
| P1 | RGV-RGC-1048-1=1048-1-1=1048-2-1 | 16712922.53 | 783070.25 | | |
| L1 | | | | 10.49' | S63°45'19"W |
| P2 | RGV-RGC-1048-1-2=1048-2-5 | 16712917.89 | 783060.84 | | |
| L2 | | | | 167.06' | N36°47'37"W |
| P3 | RGV-RGC-1046-4=1048-1-3 | 16713051.67 | 782960.78 | | |
| L3 | | | | 30.88' | N61°17'15"E |
| P4 | RGV-RGC-1046-3A=1048-2=1048-1-4 | 16713066.51 | 782987.86 | | |
| L4 | | | | 165.88' | S29°46'37"E |

| SHEET NO. | METES & BOUNDS SURVEY | | | |
|---|---|---|---|---|
| 5 OF 5 | VALLEY LAND FUND, INC. | | | |
| | TRACT NO. RGV-RGC-1048-1 | | | |
| | STARR COUNTY          TEXAS | | | |

DRAWN BY: JH    12/7/2
CHECKED BY: WB3    12/7/2
SURVEY DATE: 7/17/19
PLOT DATE: 1/20
SHEET SIZE: ANSI A

| MARK | DESCRIPTION | DATE | APPR. |
|---|---|---|---|



EMC, Inc.
SPECIALISTS IN SURVEYING & MAPPING
Web Address: http://www.emcesurvey.com
3412 MANDY DR. * GRAHAM , NE 39631 * Ph. 940.549.0649 * Fax 940.534.6176
CENTER POINT, LA * PLAYA DORAL, FL * HOUSTON, TX



US Army Corps of Engineers®

BORDER WALL TASK ORDER: 003
CONTRACT NO.: W9126F-15-D-0012

EMC, INC. PROJECT NO. 19035

# SCHEDULE D (Cont.)



MARIA BARTOLO PENA SURVEY  ABSTRACT NO. 283 , PORCION 61, STARR COUNTY, TEXAS

I HEREBY CERTIFY THAT THIS SURVEY WAS MADE ON THE GROUND UNDER MY SUPERVISION AND THAT THIS PLAT CORRECTLY REPRESENTS THE FACTS AS FOUND AT THE TIME OF THE SURVEY.
SURVEY DATE, FEBRUARY 2019.

WILLIAM BRADLEY GRAY
REGISTERED PROFESSIONAL LAND SURVEYOR
NO. 6478

WILLIAM BRADLEY GRAY
6478

RGV-RGC-1048-2
0.320 AC.
13,918 SQ. FT.

SCALE IN FEET

**LEGEND:**

| | |
|---|---|
| ○ | FOUND MONUMENT (AS NOTED) |
| △ | CONTROL POINT |
| | ACQUISITION BOUNDARY |
| | PROPOSED ACQUISTION BOUNDARY |
| PL | PROPERTY LINE |
| | PORCION LINE |
| S.C.C.H | (FOUND) STARR COUNTY COURTHOUSE |
| S.C.C.M. | (FOUND) STARR COUNTY CAD MAP |
| W | WITH |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| POC | POINT OF COMMENCEMENT |
| POB | POINT OF BEGINNING |
| PG. | PAGE |
| VOL. | VOLUME |
| FIP | FOUND IRON PIPE |
| FIR | FOUND IRON ROD |
| CPS | COTTON PICKER SPINDLE |
| MON | MONUMENT |
| DIS | DISTURBED |

### AREA TABLE

| AREA | | ACRES |
|---|---|---|
| TAKING TRACT | + | ±0.320 |
| REMAINING PARENT TRACT NORTH OF TAKING TRACT | + | ±0.000 |
| REMAINING PARENT TRACT SOUTH OF TAKING TRACT | + | ±0.338 |
| PARENT TRACT | = | ±0.658 |
| I.B.W.C. EASEMENT INSIDE TAKING TRACT | | ±0.000 |

| SHEET NO. 3 OF 5 | METES & BOUNDS SURVEY VALLEY LAND FUND, INC. TRACT NO. RGV-RGC-1048-2 STARR COUNTY          TEXAS | DRAWN BY CHECKED BY SURVEY DATE PLOT DATE SHEET SIZE | EMC, Inc. SPECIALISTS IN SURVEYING & MAPPING | US Army Corps of Engineers |
|---|---|---|---|---|

BORDER WALL TASK ORDER: 003
CONTRACT NO.: W9128F-15-D-0012

EMC, INC. PROJECT NO. 19036

# SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tracts: RGV-RGC-1048, RGV-RGC-1048-1, RGV-RGC-1048-2
Owner: Valley Land Fund, Inc.
Total Acreage:  0.723

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tracts: RGV-RGC-1048, RGV-RGC-1048-1, RGV-RGC-1048-2
Owner: Valley Land Fund, Inc.
Total Acres:  0.723

**Tract:  RGV-RGC-1048**
**Acres:  0.324**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Special Warranty Deed, dated March 13, 1998, recorded on April 7, 1998, in Volume 802, Page 695, Document No. 1998-196176, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**Tract:  RGV-RGC-1048-1**
**Acres:  0.079**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Special Warranty Deed, dated February 10, 1998, recorded on February 13, 1998, in Volume 799, Page 68, Document No. 1998-195309, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier

**SCHEDULE E (Cont.)**

**Tract:  RGV-RGC-1048-2**
**Acres:  0.320**

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in Special Warranty Deed, dated January 1, 1998, recorded on January 26, 1998, in Volume 797, Page 780, Document No. 1998-195035, Official Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

**SCHEDULE F**

ESTIMATE OF JUST COMPENSATION


      The sum estimated as just compensation for the lands being taken is TEN THOUSAND THREE HUNDRED NINETY-EIGHT DOLLARS AND NO/100 ($10,398.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## <u>SCHEDULE G</u>

<u>INTERESTED PARTIES</u>

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **Valley Land Fund, Inc., a Texas non-profit corporation**<br><br>Dennis Burleson, registered agent<br>2400 N. 10th Street, Ste. A<br>McAllen, TX 78501 | **RGV-RGC-1048**<br>Special Warranty Deed, dated March 13, 1998, recorded on April 7, 1998, in Volume 802, Page 695, Document No. 1998-196176, Official Records, Starr County, Texas<br><br>Life Estate Remainderman Affidavit dated September 30, 2020, recorded as Document No. 2020-358507, Official Records, Starr County, Texas.<br><br>Deed dated September 1, 2020, recorded as Document No. 2020-358534, Official Records, Starr County, Texas.<br><br>Life Estate Remainderman Affidavit dated August 23, 2020, recorded as Document No. 2020-358506, Official Records, Starr County, Texas.<br><br>Deed dated September 1, 2020, recorded as Document No. 2020-358533, Official Records, Starr County, Texas.<br><br>**RGV-RGC-1048-1**<br>Special Warranty Deed, dated February 10, 1998, recorded on February 13, 1998, in Volume 799, Page 68, Document No. 1998-195309, Official Records, Starr County, Texas<br><br>**RGV-RGC-1048-2**<br>Special Warranty Deed, dated January 1, 1998, recorded on January 26, 1998, in Volume 797, Page 780, Document No. 1998-195035, Official Records, Starr County, Texas |
| **Ameida Salinas**<br>Starr County Tax Assessor Collector<br>100 N. FM 3167, Suite 201<br>Rio Grande City, TX  78582 | **Property Taxes** |