IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § § *Plaintiff,* § § v. § § 0.723 ACRES OF LAND, MORE OR LESS, § SITUATE IN STARR COUNTY, STATE § OF TEXAS; AND VALLEY LAND FUND § INC., ET. AL., § § *Defendants.* § | CASE NO.   7:20-CV-412 | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned Assistant United States Attorney, Chanmealea Thou, on behalf of the United States of America, appears as co-counsel for the United States of America in this lawsuit, in addition to N. Joseph Unruh, the current attorney of record in this case.

Respectfully submitted,

**RYAN K. PATRICK**
United States Attorney
Southern District of Texas

By:   *s/ Chanmealea Thou*
**CHANMEALEA THOU**
Assistant United States Attorney
Southern District of Texas No. 3596627
California Bar No. 326469
11204 McPherson Road, Suite 100A
Laredo, Texas 78045
Telephone: (956) 721-4977
Facsimile: (956) 992-9425
E-mail: Chanmealea.Thou2@usdoj.gov

## CERTIFICATE OF SERVICE

I, Chanmealea Thou, Assistant United States Attorney for the Southern District of Texas, hereby certify that on this 23rd day of December 2020, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

By: *s/ Chanmealea Thou*
CHANMEALEA THOU
Assistant United States Attorney