United States District Court
Southern District of Texas
**ENTERED**
February 22, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-412 |
| | § | |
| 0.723 ACRES OF LAND, MORE OR LESS, *et al*, | § § § § | |
| Defendants. | § | |

## NOTICE OF RESCHEDULING OF INITIAL PRETRIAL CONFERENCE

The Initial Pretrial Conference (previously set for March 3, 2021) is hereby reset for April 7, 2021, at 9:00 a.m. before the Honorable Randy Crane, in the 9th Floor Courtroom, Bentsen Tower, 1701 West Business Highway 83, in McAllen, Texas.

Counsel for Plaintiff is required to serve a copy of the Order for Conference and Disclosure of Interested Parties previously entered in this case together with a copy of this Order upon Defendant or Defendant's counsel.

SO ORDERED February 22, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge