## Southern District of Texas - McAllen Division, Texas
1701 W BUSINESS HWY 83 MCALLEN TX 78501

# CASE #: 7:20-CV-412

UNITED SATES OF AMERICA

*Plaintiff*
vs
0.723 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND VALLEY LAND FUND. INC. ET AL.

*Defendant*

### AFFIDAVIT OF SERVICE

I, JOCELYNN NAVARRO, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 02/05/21 1:38 pm, instructing for same to be delivered upon Valley Land Fund Inc. By Delivering To Its Registered Agent Debralee Rodriguez.

That I delivered to: Valley Land Fund Inc. By Delivering To Its Registered Agent Debralee Rodriguez.

the following : SUMMONS IN A CIVIL ACTION; NOTICE OF CONDEMENATION, SCHEDULE A, SCHEDULE B, SCHEDULE C, SCHEDULE D, SCHEDULE E, SCHEDULE F, SCHEDULE G

at this address : 3712 Lafferty Lane
Mcallen, Hidalgo County, TX 78504

Manner of Delivery : By PERSONALLY delivering the document(s) to the person above.

Delivered on : Wednesday FEB 24, 2021 3:44 pm

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true and correct.
EXECUTED BY:

JOCELYNN NAVARRO                                                                 2900
Texas Certification#: PSC-16390 Exp. 02/28/2021

On this day JOCELYNN NAVARRO appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this 26th day of February 2021.

ELODIA RODRIGUEZ
Notary Public, State of Texas
Comm. Expires 12-29-2022
Notary ID 125955509

NOTARY PUBLIC

Service Fee: 190.00    PCP Inv# : V21100074
Witness Fee:   .00     SO Inv#  : A21102598
Mileage Fee:   .00
Unruh, N. Joseph

AX02A21102598
tomcat
eaffidavits@pcpusa.net

RETURN TO CLIENT