United States District Court
Southern District of Texas
**ENTERED**
March 29, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-412 |
| § | |
| 0.723 ACRES OF LAND, MORE OR § | |
| LESS, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER GRANTING JOINT MOTION TO STAY CONDEMNATION PROCEEDINGS

Before the Court is the Joint Motion to Stay Condemnation Proceedings (Dkt. No. 16) filed by Defendants. The Motion is unopposed by the Government.

Accordingly, the Court hereby **ORDERS** that the Motion is **GRANTED**. All deadlines will be **STAYED** for one hundred and twenty (120) days from the date of this order. The Government shall provide the Court with a status update at the end of the stay period.

SO ORDERED this 29th day of March, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge