IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CASE NO. 7:20-CV-412 |
| v. | § | |
| | § | |
| 0.723 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN STARR COUNTY, STATE | § | |
| OF TEXAS; AND VALLEY LAND FUND, | § | |
| INC., ET AL., | § | |
| | § | |
| *Defendants*, | § | |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE BETWEEN
THE UNITED STATES OF AMERICA AND VALLEY LAND FUND, INC.**

1. Pursuant to Local Rule 16.3, Plaintiff, the United States of America and Defendant, Valley Land Fund, Inc. (collectively, "the Parties"), file this joint notice of the Parties' forthcoming settlement agreement.

2. The Parties have reached a settlement in principle that, once finalized, will resolve this matter entirely.

3. The Parties are in the process of finalizing revestment language that will require approval from U.S. Customs and Border Protection, the Department of Homeland Security, and the Department of Justice. The Parties are currently preparing the settlement paperwork to submit through this approval process.

4. Upon finalizing the Parties' settlement agreement, the Parties will file a joint stipulation of settlement and revestment, detailing the terms of the Parties' agreement and requesting that the Court enter final judgment in accordance with those terms.

|  |  |
|---|---|
| | Respectfully submitted, |
| DEFENDANT: | PLAINTIFF: |
| By: *s/ Victor Rodriguez (with permission)*<br>**Victor Rodriguez**<br>Texas Bar No. 24041809<br>SDTX No. 562260<br>121 N. 10th Street<br>McAllen, Texas 78501<br>Telephone: (956) 630-3266<br>Email: victor@vrodriguezlaw.com<br>Attorney-in-Charge for Defendant | By: *s/ N. Joseph Unruh*<br>**N. Joseph Unruh**<br>Assistant United States Attorney<br>SDTX No. 1571957<br>Texas Bar No. 24075198<br>1701 W. Bus. Hwy. 83, Suite 600<br>McAllen, Texas 78501<br>Telephone: (956) 618-8010<br>Facsimile: (956) 992-9425<br>Email: Neil.Unruh@usdoj.gov<br>Attorney-in-Charge for Plaintiff<br><br>and<br><br>*s/ Chanmealea Thou*<br>CHANMEALEA THOU<br>Assistant United States Attorney<br>SDTX No. 596627<br>California Bar No. 326469<br>11204 McPherson Road, Suite 100A<br>Laredo, Texas 78045<br>Telephone: (956) 721-4977<br>Facsimile: (956) 992-9425<br>E-mail: Chanmealea.Thou2@usdoj.gov<br>Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

I, N. Joseph Unruh, Assistant United States Attorney for the Southern District of Texas, hereby certify that on September 17, 2021, a copy of the foregoing was served on all parties in accordance with the Federal Rules of Civil Procedure.

*s/ N. Joseph Unruh*
N. JOSEPH UNRUH
Assistant United States Attorney