UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-00412 |
| | § | |
| 0.723 ACRES OF LAND, MORE OR LESS, *et al.*, | § § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

Before the Court is the "Joint Stipulation for Revestment and Motion for Final Judgment" (Dkt. No. 24) entered by Plaintiff, the United States of America ("United States"), and Defendant, Valley Land Fund, Inc., a Texas non-profit corporation, in the above-styled condemnation action.

The United States filed a Declaration of Taking condemning Tracts RGV-RGC-1048, RGV-RGC-1048-1 and RGV-RGC-1048-2 which is more specifically described in Schedules "C", "D", and "E". (Dkt. No. 2). Pursuant to 40 U.S.C. § 3117, the United States may agree or stipulate to the revestment of condemned property to resolve condemnation cases.

On September 29, 2021, the Parties filed their Stipulation of Revestment, whereby the United States and Defendant Valley Land Fund, Inc., a Texas non-profit corporation, jointly stipulated and agreed that all right, title, and interest acquired by the United States associated with or appurtenant to Tracts RGV-RGC-1048, RGV-RGC-1048-1 and RGV-RGC-1048-2 have been revested in Defendant as they existed immediately before the time of the filing of the Declaration of Taking, and title vesting in the United States. Defendant further accepted such revestment of Tracts RGV-RGC-1048, RGV-RGC-1048-1 and RGV-RGC-1048-2.

Accordingly, pursuant to the Stipulation entered by the United States and Defendant, it is hereby **ORDERED** and **ADJUDGED** that Tracts RGV-RGC-1048, RGV-RGC-1048-1 and

RGV-RGC-1048-2 have been **REVESTED** back to Defendant Valley Land Fund, Inc., a Texas non-profit corporation.

It is further **ORDERED** and **ADJUDGED** that:

A. The United States' estimate of just compensation remains on deposit in the Court's Registry and the Court now **ORDERS** the Clerk of Court to **DISBURSE** the following sum, along with any accrued interest earned thereon while on deposit, payable as follows:

   a. The sum of $10,398.00, with any accrued interest, payable to "F&A Officer, USAED, Fort Worth," with the check referencing "Tracts RGV-RGC-1048, RGV-RGC- 1048-1 and RGV-RGC-1048-2."

B. Defendant warrants they were the sole owner of the interest in the property taken in this proceeding on the respective date of taking.

C. Defendant agrees to waive any and all claims for compensation of any nature against the United States arising from the United States' acquisition of the property taken in this proceeding.

D. The Parties shall be responsible for their own legal fees, costs, and expenses, including attorneys' fees, consultants' fees, and any other expenses or costs.

E. The Parties shall take no appeal from any rulings or judgment made by the Court in this action, and the parties consent to the entry of all motions, orders, and judgments necessary to make this stipulated judgment.

F. This order is binding on the heirs, trustees, executors, administrators, devisees, successors, assigns, agents, and representatives of Defendant.

The United States is further **ORDERED** to record this Final Judgment and the Stipulation of Revestment with the Official Records of Starr County, Texas, so as to provide notice with county deed records.

This case is terminated, and the Clerk of the Court is instructed to close the case.

SO ORDERED September 29, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge